

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>            Plaintiff, )<br>   )<br>       v. )<br>   )<br>JESUS JOSE TEJEDA-LEAL (1) )<br>KAREN GARCIA-LOPEZ (2), )<br>   )<br>            Defendants. ) | Criminal Case No. 08CR2013-W<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |

The United States Attorney charges:

On or about May 21, 2008, within the Southern District of California, defendants JESUS JOSE TEJEDA-LEAL and KAREN GARCIA-LOPEZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 64.72 kilograms (142.38 pounds) (gross weight) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:Imperial
6/16/08