```
 1  KAREN P. HEWITT
    United States Attorney
 2  DOMINIC E. KARDUM
    Assistant U.S. Attorney
 3  California State Bar No. 229420
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  (619) 557-7848 (Telephone) / (619) 557-5551 (Fax)
    Email: dominic.kardum@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | SOUTHERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08-CR-2013-W |
|---|---|---|
| Plaintiff, | ) | |
|  | ) | NOTICE OF APPEARANCE |
| v. | ) | |
|  | ) | |
| JESUS JOSE TEJEDA-LEAL (1), | ) | |
| KAREN GARCIA-LOPEZ (2) | ) | |
|  | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

     I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

     I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

     The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

     1.    None..

//

//

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 | Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4 |     1.    Sabrina L. Feve.

5 | Please feel free to call me if you have any questions about this notice.

6 | DATED: July 29, 2008.

7 |
                KAREN P. HEWITT
                United States Attorney

                <u>s/Dominic E. Kardum</u>
                DOMINIC E. KARDUM
                Assistant U.S. Attorney

Notice of Appearance                 08-CR-2013-W
United States v. Jesus Jose Tejeda-Leal (1) and Karen Garcia-Lopez (2)

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.   08-CR-2013-W |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| JESUS JOSE TEJEDA-LEAL (1), KAREN GARCIA-LOPEZ (2), | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

    I, Dominic Kardum, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated June 25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Robert R. Henssler, Jr., Attorney for Jesus Jose Tejeda-Leal (1)
   Federal Defenders Inc.
   225 Broadway, Suite 900
   San Diego, CA 92101-5008
   robert_henssler@fd.org.
   (619) 234-8467

2. Maxine I. Dobro, Attorney for Karen Garcia-Lopez (2)
   105 West Fifth Street, 3rd Floor
   San Diego, CA 92101-6036
   maxdobro@aol.com
   (619) 232-5044

    I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED on July 29, 2008.

                                                                  s/Dominic E. Kardum
                                                                    DOMINIC E. KARDUM
                                                                    Assistant U.S. Attorney

Notice of Appearance                                                                     08-CR-2013-W
United States v. Jesus Jose Tejeda-Leal (1) and Karen Garcia-Lopez (2)